UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-21339-CIV-MARRA
(APPEAL FROM BANKRUPTCY CASE NO. 10-26423-BKC-AJC)

PRIEUR J. LEARY, III and
PRONTOCOM, INC.,

    Appellants,

v.

INFOLINK GLOBAL CORPORATION,
Reorganized Debtor

    Appellee.
_____/

**ORDER**

    This cause is before the Court upon Appellant Prontocomm's Motion for Rehearing (DE 38). Appellee responded. (DE 40). No reply was filed.

    Appellant Prontocomm ("Prontocomm") moves for rehearing under Federal Rule of Bankruptcy Procedure 8015 on the ground that the Court made an inappropriate factual finding that was beyond the scope of its appellate authority when the Court concluded that the president of the debtors in the underlying bankruptcy, Prieur J. Leary, III, adequately represented Prontocomm for purposes of nonparty preclusion and that a substantive legal relationship existed between the two.[1] The Court accepts Prontocomm's position. While the Court used the term "find" in its Order affirming the bankruptcy court (DE 37), the Court concluded that, as a matter of law, (1) Leary

---

[1] Federal Rule of Bankruptcy Procedure 8015 provides, "Unless the district court or the bankruptcy appellate panel by local rule or by court order otherwise provides, a motion for rehearing may be filed within 14 days after entry of the judgment of the district court or the bankruptcy appellate panel. If a timely motion for rehearing is filed, the time for appeal to the court of appeals for all parties shall run from the entry of the order denying rehearing or the entry of subsequent judgment."

adequately represented Prontocomm, and (2) a substantive legal relationship existed between Prontocomm (the person to be bound) and Leary (a party to the judgment). Upon further review of the bankruptcy record, however, the Court finds insufficient evidence to support these legal conclusions.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that Appellant Prontocomm's Motion for Rehearing (DE 38) is **GRANTED.** The Court's order affirming the bankruptcy court's Order Confirming Second Amended Chapter 11 Plan of Reorganization for Debtors, Infolink Group, Inc. and Infolink Information Services, Inc., Proposed by Creditor James C. Kurzweg and Infolink Equity Group (DE 37) is **VACATED.** The bankruptcy court's Order Confirming Second Amended Chapter 11 Plan of Reorganization for Debtors, Infolink Group, Inc. and Infolink Information Services, Inc., Proposed by Creditor James C. Kurzweg and Infolink Equity Group is **REVERSED.** This case is **REMANDED** to the bankruptcy court for the limited purpose of making a factual finding as to the relationship between Leary and Prontocomm.  After the bankruptcy court makes its factual finding, it should issue a new final judgment as it deems appropriate.  If an appeal is taken from the new final judgment, the appellant shall advise the Clerk that the new appeal is related to the present appeal.

The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 29th day of July, 2013.

_____
KENNETH A. MARRA
United States District Judge